No. 362

STATE v. HEARNE

No. 19667. Supreme Court

Motion for leave to file. Dock. Mar. 5, 1926.

FORGERY—Is it fatal variance where the indictment charges the forgery of a check and the proof offered shows the check on its face to be genuine and the endorsement on the back a forgery, to warrant an instructed verdict of not guilty?

Edward Hearne was indicted by the Hamilton County Grand Jury for forgery, the indictment charging "forging of an endorsement of a check," which indictment was quashed on the ground that it did not charge a crime.

The second indictment read in part as follows:

(First Count)

"Unlawfully did falsely make, forge and counterfeit a certain check."

(Second Count)

"Unlawfully did utter and publish as true and genuine, a certain false, forged and counterfeited check."

The evidence disclosed that Hearne was an agent of Tyner and Co., working on a commission and that he did not have authority to endorse checks; that he endorsed "Tyner and Company, Edward H. Hearne" on a check of the Company. The check was genuine on its face.

A verdict of not guilty was directed on the ground that there was a variance between the charge in the indictment and the proof offered in support thereof.

The State, in the Supreme Court, contends:

1. That the indictment specifically informs the defendant of the nature of the charge against him.

2. That there was not a fatal variance between the indictment and the proof offered in support of it.

3. That the Court erred in directing a verdict of not guilty.

Attorneys—Charles S. Bell, Pros. Atty., and Edward Strasser, Asst. Pros. Atty., for State; J. C. Thompson, for Hearne; all of Cincinnati.

PUBLISHER'S COLUMN

# The Ohio Law Abstract

Entered as second class matter, February 28, 1923, at the Post Office, Cleveland, Ohio, under the Act of March 3, 1879

Issued Every Wednesday      50 Weeks of the Year

SUBSCRIPTION PRICES AND TERMS

One year (50 issues) Payable in Advance........$15.00
Single Numbers ................................. .35

When cash is mailed to us in advance
20 per cent discount

THE LAW ABSTRACT COMPANY

Office Editorial Rooms and Library

13916 Euclid Avenue, Cleveland, O.

Address all mail communications to
P. O. Box 2455, East Cleveland Sta.

---

EXPIRATIONS

We send notices to subscribers, four weeks in advance of the date to which their subscription is paid, thus assuring them of ample knowledge in time to prepay renewals, and save the 20 per cent we give to those who mail the money in advance.

---

The Bench and Bar of Ohio will learn with sadness and regret, of the death of Appellate Judge, Frank A. Patterson of Ashland. He was elected to the Bench of that Court, first in 1918, and had made a wide acquaintance with the Bar of the State. He was esteemed as a good lawyer, a wise Judge, and a genial gentleman, and his demise at the early age of 65 years, makes the loss more regrettable. Governor Donahey has appointed Judge Charles C. Lemert, of Zanesville, well and favorably known to the Ohio Bar, to fill the vacancy.

THE TERNARY DIGEST

This Digest is based upon the work appearing in the cumulated monthly and semiannual Digests, first published in the weekly issues of the Abstract. In the preparation of the copy for this, the rule has been to make each paragraph as short and terse as clearness and accuracy would justify. To further conserve space, a smallish clear faced type has been used.

The paragraphs which appear in the Ternary are printed from the same pages of type forms as are originally prepared for and used in the weekly Abstract Digests. Because of these economies, this three-year Digest contains less than one-half the number of pages it would have required, if we had set it in the larger type, and expanded the sentences, as is done by the makers of the common digests of the day.

Thus conserved the Ternary Digest contains 304 large sized pages and because of the sav-